THE HONORABLE THOMAS S. ZILLY



[FILED LODGED ENTERED RECEIVED DEC 10 2001 CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON BY DEPUTY]

[FILED LODGED ENTERED RECEIVED DEC 11 2001 CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON BY DEPUTY]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 46, a labor organization,<br><br>Plaintiff,<br><br>vs.<br><br>ENCOMPASS CORPORATION FORMALLY KNOWN AS SEQUOYAH CORPORATION, PRIME ELECTRIC, INC., JOHNSON ELECTRIC INC., and SASCO ELECTRIC INC.,<br><br>Defendants. | NO.   C01-1441Z<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

The parties hereby stipulate that this matter has been resolved, and they jointly request that this matter be dismissed with prejudice and without costs to either party.

/

/

STIPULATION AND ORDER OF DISMISSAL - 1
G:\General\Files\Client Files\2722\188\Stipulation and Order of Dismissal.doc

LAW OFFICES OF
SCHWERIN CAMPBELL BARNARD LLP
SUITE 400
18 WEST MERCER STREET
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828

**ORIGINAL**

Dated this 7 day of ~~November~~ December, 2001.    Dated this 6 day of ~~November~~ December, 2001

**SCHWERIN CAMPBELL BARNARD LLP**

By /s/ David Campbell
David Campbell, WSBA #13896
Attorneys for Plaintiff

**PERKINS COIE LLP**

By /s/ Russell L. Perisho
Russell L. Perisho, WSBA #8538
Attorneys for Defendants Sequoyah Corporation, Prime Electric, Inc., Johnson Electric, Inc., and Sasco Electric, Inc.

## ORDER

Pursuant to the parties stipulation, the Court hereby dismisses this case with prejudice and without costs to either party.

DATED this 11 day of ~~November~~ December, 2001

/s/ Thomas S. Zilly
THE HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 2
G:\General\Files\Client Files\2722\188\Stipulation and Order of Dismissal.doc

LAW OFFICES OF
SCHWERIN CAMPBELL BARNARD LLP
SUITE 400
18 WEST MERCER STREET
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828